

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| STEPHEN JOSEPH STANCIL and MUSTARD SEED CONSTRUCTION, LLC, | § § § | No. 08-24-00365-CV |
| Appellants, | § | Appeal from the |
| | § | 395th District Court |
| v. | § | of Williamson County, Texas |
| MARK G. GILLAM, FRANK CANTONE, KEVIN GREGG, JOSEPH MICHAEL SMITH, and AARON SELE, | § § | (TC# 21-2054-C395) |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We reverse the trial court's order granting Mark Gillam's special appearance as to his fraudulent representation claims. We affirm the trial court's order in all other respects. We further order each party to bear their own costs of this proceeding. This decision shall be certified below for observance.

IT IS SO ORDERED this 13th day of August 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.